PHILLIP A. TALBERT
Acting United States Attorney
SEAN O. ANDERSON
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 213-8743

Counsel for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>BRYAN TRUNIK,<br><br>                Defendant. | CASE NO. 6:20-PO-00754-HBK<br><br>GOVERNMENT'S WITNESS LIST<br><br>TRIAL DATE: November 4, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Helena M. Barch-Kuchta |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Justin Fey, Law Enforcement Park Ranger, Yosemite National Park. Yosemite, CA
2. Christopher Cassling, Law Enforcement Park Ranger, Yosemite National Park. Yosemite, CA

Dated: October 8, 2021                                  PHILLIP A. TALBERT
                                                               Acting United States Attorney

                                                         By:  /s/ SEAN O. ANDERSON
                                                                      SEAN O. ANDERSON
                                                                      Yosemite Legal Officer