1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SEAN O. ANDERSON
   Yosemite Legal Officer
3  PO Box 517 Yosemite, CA 95389
   Telephone: (209) 213-8743
4

5  Counsel for Plaintiff
   United States of America
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:20-PO-00754-HBK |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | TRIAL DATE: NOVEMBER 4, 2021 |
| BRYAN TRUNIK, | TIME: 10:00 a.m. |
| | COURT: Hon. Helena M. Barch-Kuchta |
| Defendant. | |

The United States by and through Phillip A. Talbert, Acting United States Attorney, and Sean O. Anderson, Yosemite Legal Officer, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. ("AIE" = admit in evidence/no objection; "OF" = objection to foundation, "OO" = other objection):

| **EXHIBIT NO.** | **DESCRIPTION** | **AIE** | **OF** | **OO** |
|---|---|---|---|---|
| 1 | Photograph of sign, taken by U.S. Park Ranger Christopher Cassling, Bates numbered # 000003 | | | |
| 2 | Photograph of kiosk, taken by U.S. Park Ranger Christopher Cassling, Bates numbered #000004 | | | |

## **ADDITIONAL EXHIBIT DURING TRIAL**

Leave is respectfully requested to include such other and additional exhibit as may become appropriate during the course of the trial.

Dated: October 31, 2021      By:   PHILLIP A. TALBERT
United States Attorney

*/s/Sean O. Anderson*
SEAN O. ANDERSON
Yosemite Legal Officer